**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6885**

DAVID W. WILLIAMS,

              Plaintiff – Appellant,

        v.

DEPARTMENT OF CORRECTIONS/BOTETOURT FACILITY; P.J. RICE; DR.
LEE; MAJOR RICHARDS,

              Defendants – Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge. (7:10-cv-00129-JLK-MFU)

Submitted:   February 22, 2011      Decided:   March 18, 2011

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David W. Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David W. Williams seeks to appeal the district court's order dismissing his action without prejudice for failing to comply with the conditional filing order and 28 U.S.C. § 1915(a)(2) (2006). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Williams's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED